[No. 4823–II.  Division Two.  February 25, 1982.]

BERNARD L. ZAJIC, *Respondent,* v. GILBERT
O. NELSON, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Ska-
mania County, No. 6424, Ted Kolbaba, J., entered May 29,
1980. *Remanded with instructions* by unpublished opinion
per Munson, J., concurred in by Reed, C.J., and Petrich, J.

[Nos. 4188–3–III; 4235–9–III.  Division Three.  February 25, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. STEVEN
RAY FLETCHER, *Appellant.*

*In the Matter of the Personal Restraint of*
STEVEN RAY FLETCHER, *Petitioner.*

Appeal from a judgment of the Superior Court for
Spokane County, No. 80–1–00554–6, John J. Lally, J.,
entered September 4, 1980, together with a petition for
relief from personal restraint. Judgment *affirmed* and peti-
tion *dismissed* by unpublished opinion per Munson, J.,
concurred in by McInturff, C.J., and Green, J.

[No. 4335–5–III.  Division Three.  February 25, 1982.]

NEHLS & SON, INC., *Respondent,* v. PAUL HAMILTON III,
*as Personal Representative, Appellant.*

Appeal from a judgment of the Superior Court for
Yakima County, No. 80–2–01681–3, Howard Hettinger, J.,
entered December 30, 1980. *Affirmed* by unpublished opin-
ion per Roe, J., concurred in by McInturff, C.J., and Mun-
son, J.